### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR106** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **DEBORAH ALEXANDER,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on a request for a transcript of the change of plea hearing filed by non-party Brian J. Muench (Filing No. 20).

IT IS ORDERED that the request for a transcript of the change of plea hearing filed by non-party Brian J. Muench (Filing No. 20) is granted.

DATED this 9th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge